

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00366-CV

IN THE MATTER OF THE MARRIAGE OF MARTHA VILLAGOMEZ AND LEONEL ALAMO AND IN THE INTEREST OF L.A., A CHILD

On Appeal from the County Court at Law No. 2
Randall County, Texas
Trial Court No. 11,931-L2, Honorable Matthew C. Martindale, Presiding

January 8, 2020

MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant Martha Villagomez has filed a motion seeking voluntary dismissal of her appeal. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not address costs, costs will be taxed against appellant. TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam